[No. 14842-1-II.   Division Two.   November 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE HEMBD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00766-7, James I. Maddock, J., entered April 2, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 14934-6-II.   Division Two.   November 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. WAMSER, *Appellant*.

. Appeal from a judgment of the Superior Court for Pacific County, No. 90-1-00154-5, Joel M. Penoyar, J., entered May 2, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 11973-4-III.   Division Three.   November 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH ELLEN BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00265-8, John A. Schultheis, J., entered October 9, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Small, J. Pro Tem.

[No. 12621-8-III.   Division Three.   November 23, 1993.]

*In the Matter of the Marriage of* KIMBERLY ANN WHELAN, *Respondent, and* WILLIAM CLARK PREWETT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-3-00314-3, Yancey Reser, J., entered July 6, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.